IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROLLAND SEAN TOWLES, | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )   CIVIL ACTION 15-443-KD-M |
| | ) |
| KENNETH JONES | ) |
|     Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be entered in favor of Respondent, Kenneth Jones, and against Petitioner, Rolland Sean Towles.

**DONE** and **ORDERED** this **7th** day of **March 2016.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**